*In re* **DUCKSTEIN**, NORBERT E. (MR 17479)
Chicago, IL

Order of the Court:

    The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recom-

mendation of the Hearing Board is allowed, and respondent Norbert E. Duckstein is censured.